UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENJAMIN S. RZADCA, #35448-044 | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 3:22-CV-573-B-BK |
| | § | |
| WARDEN, | § | |
| Respondent. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 8th day of March, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE